# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALONZO HAMPTON**                                                                   **PLAINTIFF**
**ADC # 137559**

v.                 **CASE NO. 4:21-CV-00714-BSM**

**CLAUDIA HARRIS,** *et al.*                                              **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 5] is adopted. Alonzo Hampton's claims against Asa Hutchinson are dismissed without prejudice, but his claims against Claudia Harris, Dexter Payne, and Jeffery Deen will be allowed to proceed.

IT IS SO ORDERED this 20th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE