IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO HAMPTON**  **PLAINTIFF**
*ADC #137559*

v.          CASE NO. 4:21-CV-00714-BSM

**CLAUDIA HARRIS, Deputy Warden,
Maximum Security Unit,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Joe J. Volpe's proposed findings and partial recommendation [Doc. No. 17] is adopted. Defendant's motion to dismiss [Doc. No. 12] is denied, and Alonzo Hampton's lawsuit may proceed.

IT IS SO ORDERED this 17th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE