IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO HAMPTON**  **PLAINTIFF**
*ADC #137559*

v.  CASE NO. 4:21-CV-00714-BSM

**CLAUDIA HARRIS, Deputy Warden,**
**Maximum Security Unit;** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 36] is adopted. Defendants' motion for summary judgment [Doc. No. 31] is granted and Alonzo Hampton's lawsuit is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE