### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALONZO HAMPTON**                                                        **PLAINTIFF**
*ADC #137559*

**v.**                          **CASE NO. 4:21-CV-00714-BSM**

**CLAUDIA HARRIS, Deputy Warden,**
**Maximum Security Unit;** *et al.*                                **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of January, 2022.


_____
UNITED STATES DISTRICT JUDGE